# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 15, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

156221(59)

KHALANI CARR,

Plaintiff-Appellee,

v

ROGER A. REED, INC., d/b/a REED WAX,
AMOCO OIL COMPANY, a/k/a BP
PRODUCTS NORTH AMERICA, INC., and
THE INTERNATIONAL GROUP, INC.,

Defendants-Appellees,

and

KELLER HEARTT COMPANY, INC., and SASOL
WAX NORTH AMERICA CORPORATION, a/k/a
SASOL WAX NORTH AMERICA, INC., a/k/a
SASOL CHEMICALS USA, LLC,

Defendants-Appellants,

and

PROS SERVICE, INC.,

Defendant.

_____/

SC: 156221
COA: 330115
Oakland CC: 13-134098-NI

On order of the Chief Justice, the motion of plaintiff-appellee to extend the time for filing his answer to the application for leave to appeal is GRANTED. The answer submitted on September 11, 2017, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 15, 2017



Clerk